UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:25-CV-14

**Jennifer L. Norman**,

        Plaintiff,

v.

**North Carolina Department of Adult Correction**,

        Defendant.

**Notice of Removal**

Please take notice that Defendant North Carolina Department of Adult Correction removes this civil action from the North Carolina Superior Court in Mitchell County to the United States District Court for the Western District of North Carolina, Asheville Division, in accordance with 28 U.S.C. § 1441.

This Court has original jurisdiction over this action under 28 U.S.C. § 1331 on the grounds that the face of the Complaint alleges claims arising under the laws of the United States. Venue is proper in the Western District, Asheville Division, because this federal judicial district embraces Mitchell County, North Carolina, where the state court action was originally filed. 28 U.S.C. §§ 113, 1441(a), 1446(a).

## Statement of the Case

Plaintiff initially filed this action in the North Carolina Superior Court in Mitchell County on December 12, 2024. Ex. 3 at 1. The case was captioned 24 CVS 223. *Id.* Plaintiff alleges that Defendant unlawfully discriminated and retaliated against

1

Plaintiff in violation of 42 U.S.C. §§ 2000e-2, 2000e-3. *Id.* at 12-13. Defendant was served with process on December 20, 2024.

## Grounds for Removal

Defendants may generally remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction," unless excepted by Congress. 28 U.S.C. § 1441(a). "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C § 1331.

This Court has original, federal question jurisdiction over the federal claims alleged in Plaintiff's Complaint. Specifically, the Complaint alleges that Defendant engaged in sexual discrimination against Plaintiff and later retaliated against her in violation of the laws of the United States, 42 U.S.C. §§ 2000e-2, 2000e-3. Ex. 3 at 12-13.

This Notice of Removal is timely filed. In civil actions, "[e]ach defendant shall have 30 days after receipt . . . of the initial pleading . . . to file the notice of removal." 28 U.S.C. § 1446(b)(2)(B). Plaintiff served the Complaint upon Defendant on December 20, 2024, and Defendant files this Notice of Removal within 30 days of that day.

Defendant is unaware of any other defendants in this action. This Notice of Removal is not intended to be an admission of fact, law, or liability, nor is it a waiver of any defenses or objections.

This 16th day of January 2025.

JEFF JACKSON  
Attorney General

<u>/s/ *Tanner J. Ray*</u>  
Tanner J. Ray (N.C. Bar No. 59422)  
Assistant Attorney General  
N.C. Department of Justice  
Public Safety Section  
P.O. Box 629  
Raleigh, NC 27602  
Phone: 919-716-6540  
Fax: 919-716-6761  
tjray@ncdoj.gov

CERTIFICATE OF SERVICE

I certify that, on this day, I electronically filed this Notice of Removal with the Clerk of the Court utilizing the CM/ECF system and will cause the same to be served upon Plaintiff, through her attorney, addressed as follows:

> John C. Hunter
> Attorney at Law
> 4 Evergreen Ln.
> Asheville, NC 28801
> JohnHunter@jchlawfirm.com
> *Counsel for plaintiff*

This 16th day of January 2025.

/s/ *Tanner J. Ray*
Tanner J. Ray
Assistant Attorney General
